WILLIAM T. COWIN, as Trustee of PRUDENCE COMPANY, INC., Respondent, v. NATHAN S. JONAS et al., Defendants, and MORGAN D. WHEELOCK et al., as Executors of WILLIAM H. WHEELOCK, Deceased, et al., Defendants-Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants-appellants to serve an amended answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of RESTAURANT PLATZL, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK et al., Appellants, v. I. B. MILLER CONTRACTING CORPORATION, Respondent, et al., Defendants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SILAS R. HORN et al., as Administrators of the Estate of ABRAHAM L. HORN, Deceased, Respondents, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

260 FIFTH AVENUE CORPORATION et al., Appellants, v. EMANUEL SCYCHEL et al., Respondents, et al., Defendants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [182 Misc. 189.] [See 268 App. Div. 848.]

260 FIFTH AVENUE CORPORATION et al., Appellants, v. EMANUEL SCYCHEL et al., Defendants, and BUILDING SERVICE EMPLOYEES' INTERNATIONAL UNION, LOCAL 32-B, Defendant-Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [182 Misc. 189.] [See 268 App. Div. 848.]

In the Matter of the Probate of the Will of ABRAHAM GORDON, Deceased. BERTHA HECHTKOP et al., Appellants; PEARL GORDON, Respondent.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 983.]

EDNA B. W. WYMAN et al., as Executors of EDWARD E. WYMAN, Deceased, Appellants, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [181 Misc. 963.] [See post, p. 983.]

GAETANO DI PALMA, Respondent, v. GEORGE CARRARO, Appellant.— Interlocutory judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON ETTER, Appellant.— Judgment reversed, the complaint dismissed and the fine remitted on the ground that the crime charged was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

SAMUEL SLADKUS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 983.]

FLORENCE FRANCIOSA, Respondent, v. JAMES FRANCIOSA, Appellant.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and